IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAMAR ROLF, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-00524-CV-W-GAF |
| | ) |
| PEPSICO, | ) |
| | ) |
| Defendant. | ) |

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Now pending before the Court is *pro se* Plaintiff Michael Lamar Rolf, Sr.'s Motion for Leave to Proceed In Forma Pauperis (Doc. # 1) and Motion to Appoint Counsel. (Doc. # 3). Pursuant to a standing order issued by the Honorable Judge Fernando J. Gaitan, Jr. on behalf of the Court en banc on November 22, 2010, Mr. Rolf "is enjoined from filing pro se civil complaints alleging that products consumed by [him] were filled with illegal narcotics, illicit drugs, and/or bodily fluids with this Court, regardless of whether he is seeking in forma pauperis status or has paid the requisite fee, without first obtaining leave of Court to do so." (*See* Case No. 10-01115-CV-W-FJG, Doc. # 4). The Court provided Mr. Rolf with explicit instructions on how to obtain leave of Court. (*See id.*, Doc. # 4-1).

In the present case, Mr. Rolf alleges a product manufactured and distributed by Pepsico "contained illegal class 'A' narcotics and hazardous chemicals." (Doc. # 1-1, p. 4). Thus, the present case falls within the class of cases Mr. Rolf is enjoined from filing in this Court without leave of Court. Mr. Rolf has not followed the procedures set forth by the Court to obtain leave of Court.

Consequently, it is ORDERED that:

1. Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED and Plaintiff's case is hereby DISMISSED;

2. Plaintiff's Motion to Appoint Counsel is DENIED as moot;

3. The Clerk's Office mail a copy of this Order along with a copy of the Order filed on November 22, 2010 in Case No. 10-01115-CV-W-FJG with its attached appendix, which sets forth the procedures Mr. Rolf must follow to obtain leave of Court, to Mr. Rolf at his last known address.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: July 21, 2021

2

Case 4:21-cv-00524-GAF   Document 4   Filed 07/21/21   Page 2 of 2